**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 15-2163**

—————————

BANK OF AMERICA,

                    Plaintiff – Appellee,

        v.

FLORINE BEESON; HENRY BEESON,

                    Defendants - Appellants.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Richard Mark Gergel, District
Judge.  (2:15-cv-02926-RMG)

—————————

Submitted:  December 17, 2015       Decided:  December 21, 2015

—————————

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Florine Beeson, Henry Beeson, Appellants Pro Se. William Price
Stork, BROCK & SCOTT, Columbia, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The Appellants, Florine and Henry Beeson, removed their state foreclosure action to federal court pursuant to 28 U.S.C. § 1446 (2012). The district court adopted the magistrate judge's recommendation and remanded the case back to state court for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c) (2012). Appellants seek to appeal that order and the Appellee filed a motion to dismiss the appeal.

The district court's order of remand is not reviewable by this court. See 28 U.S.C. § 1447(d) (2012); see also E.D. ex rel. Darcy v. Pfizer, Inc., 722 F.3d 574, 579 (4th Cir. 2013) (section 1447(d) prohibits review of all remand orders pursuant to § 1447(c) "regardless of 'whether or not that order might be deemed erroneous by [us].'" (quoting Thermtron Prods. v. Hermansdorfer, 423 U.S. 336, 351 (1976)). Accordingly, we grant the Appellee's motion to dismiss the appeal and deny the Appellants' motions for injunctive relief pending appeal, default judgment, and emergency relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

DISMISSED

2